■ JOSEPHINE ROBERTS et al., Respondents, v RALPH MODICA et al., Appellants, et al., Defendants. — Appeals from an order of the Supreme Court, Suffolk County (DeLuca, J.), dated October 14, 1983, dismissed, with one bill of costs. ¶ No appeal lies of right from an order on an application to review objections raised at an examination before trial (*Hughson v St. Francis Hosp.,* 93 AD2d 491) and we are disinclined to grant leave to parties who have taken it upon themselves to perfect an appeal without leave to appeal (*Siegel v Arnao,* 61 AD2d 812). Lazer, J. P., Brown, Niehoff and Eiber, JJ., concur.

■ LARRY A. RODINO, Individually and as Administrator of the Estate of LINDA M. RODINO, Deceased, et al., Respondents, v ROBERT D. FINCHAM et al., Appellants. — Appeals from an order of the Supreme Court, Putnam County (Dachenhausen, J.), dated January 24, 1983, dismissed. (See *Matter of Aho,* 39 NY2d 241, 248.) ¶ Appeal by defendant Rist from an amended judgment of the same court, dated February 14, 1983, dismissed for failure to perfect the same in accordance with the rules of this court (22 NYCRR 670.20 [f]). ¶ Amended judgment of the same court, dated February 14, 1983, affirmed insofar as appealed from by defendant Fincham. (See *De Long v County of Erie,* 89 AD2d 376, affd 60 NY2d 296.) ¶ Respondents are awarded one bill of costs payable by appellant Fincham. Mollen, P. J., Titone, Mangano and Lawrence, JJ., concur.